Argued and submitted May 1, review dismissed as improvidently allowed
August 3, 1995

In the Matter of the Compensation of
Jon T. Mars, Jr., Claimant.
SAIF CORPORATION
and Bingham-Willamette Company,
*Respondents on Review,*

*v.*

Jon T. MARS, Jr.,
*Petitioner on Review.*

(WCB 92-01535; CA A79173; SC S41674)

898 P2d 769

Donald M. Hooton, of Schneider, Hooton, Portland, argued the cause and filed a brief for petitioner on review. Chris O'Neill and Merrill Schneider filed the petition.

David L. Runner, Assistant Attorney General, Salem, argued the cause for respondents on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Carson, C. J., and Durham, J., would not dismiss.